# DIVIDENDS REMITTED TO THE COURT

Case Number 09-19078 - STAREK, JAMES W.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Robert Lanning<br>640 Merrimak Dr.<br>Berea, OH 44017 | 000013   Cu No 114 | 497.86 | 3.17 |
| ---------- Remittance Total ---------------- | | 497.86 | 3.17 |

*[signature]*

TRUSTEE VIRGIL E. BROWN, JR., Trustee

*[Filed stamp: 2011 MAY -9 AM 9:44 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*